Antoni Grochowski, appellee, v. Polish National Alliance of the United States of North America, appellant. Gen. No. 37,548.

Opinion filed November 5, 1934.

Joseph X. Waynne, for appellant. John J. Rooney and William H. Kailes, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Andrew Jesacher, defendant in error, v. Abraham B. Lewis et al., plaintiffs in error. Gen. No. 37,574.

Opinion filed November 5, 1934.

Tage Joranson, for plaintiffs in error. Arthur J. Hughes, for defendant in error; Frank Michels, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Central Republic Trust Company, appellee, v. Michigan-Chestnut Building Corporation et al., defendants. Edward E. Cohn et al., appellants. Gen. No. 37,673.

Opinion filed November 5, 1934.

Aaron Soble, William Vihon, Louis Wilson and Irving Goodman, for appellants. Poppenhusen, Johnston, Thompson & Cole, for appellee Central Republic Trust Co. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for Chicago Title & Trust Co. Cassels, Potter & Bentley, for Michigan-Chestnut Bldg. Corp.; James W. Hyde, Frank W. McCulloch and Isaac E. Ferguson, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Harry A. Johnson et al., plaintiffs in error. Gen. No. 37,193.

Opinion filed November 19, 1934.

Kirkland, Fleming, Green & Martin, for plaintiffs in error Harry A. Johnson et al. Dwight McKay, for plaintiff in error Eugene G. Quinn. Joseph Lustfield, for plaintiff in error Frank Wargoske; Weymouth Kirkland, Howard Ellis, Jay Fred Reeve and J. B. Martineau, Jr., of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, J. Albert Woll and Henry E. Seyfarth, Assistant State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.